UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No. 5:26-cv-06848-PD Date: November 20, 2026

Title *Devrim Aybak v. David J. Venturella, et al.*

Present: The Honorable: Patricia Donahue, United States Magistrate Judge

| Isabel Verduzco | N/A |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Petitioner: | Attorneys Present for Respondents: |
|---|---|
| N/A | N/A |

**Proceedings (In Chambers):** **Order Denying Motion for Temporary Restraining Order in Light of General Order Briefing Schedule [Dkt. No. 7]**

Petitioner, an immigration detainee, filed a counseled Petition for a Writ of Habeas Corpus under 28 U.S.C. § 2241 and Motion for an emergency Temporary Restraining Order ("Motion"). Dkt. Nos. 1, 7.

The ex parte motion fails to comply with the rules governing Rule 65 motion practice. *See* Fed. R. Civ. P. 65(b)(1)(B) (requiring a movant to "certify[y] in writing any efforts made to give notice and the reasons why it should not be required"); Local Civil Rule 65-1 (requiring a declaration setting forth the facts and certification required by Fed. R. Civ. P. 65(b)(1)(A) and (B)); Local Civil Rule 7-19.

Moreover, Section 2 of Central District of California General Order No. 26-05 prescribes an expedited briefing schedule for briefing on the merits of petitions for writs of habeas corpus seeking immigration-related relief. The General Order is issued in this matter. *See* Dkt. No. 4. Petitioner has not

shown, in a declaration made under penalty of perjury, that Petitioner will suffer "imminent, irreparable harm that cannot be addressed by the standard scheduling order or by expediting the briefing schedule." *Id.* ¶ 3. Accordingly, the Motion is denied. Dkt. No. 7.

The briefing schedule set forth in the General Order applies here.

Respondents' answer must address Petitioner's allegation that he has been struck in the abdomen on multiple occasions by other detainees at the Desert View Facility in Adelanto. *See* Dkt. No. 7 at 4.

**IT IS SO ORDERED.**